**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MERS KUTT | § | |
| | § | |
| v. | § | CASE NO. 2:19-cv-316-JRG |
| | § | |
| APPLE INC., ET AL | § | |

## ORDER

The undersigned hereby recuses himself with regard to the above entitled and numbered civil action.

**So ORDERED and SIGNED this 10th day of October, 2019.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE