## UNITED STATES DISTRICT COURT
FOR THE
### EASTERN DISTRICT OF TEXAS, MARSHALL DIVISION

| | |
|---|---|
| MERS KUTT, | ) |
| | ) |
| Plaintiff (pro se) | ) |
| | } Civil Action No 2: 19-cv-316 |
| v. | ) |
| | ) |
| DELL INC. et al. | ) |
| | ) |
| Defendant(s) | ) |

### SUMMONS IN A CIVIL ACTION

To:  Dell Inc.
 One Dell Way,
 Round Rock, TX 78682

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Plaintiff:  Mers Kutt;  63 Highland Park Bvd, Thornhill On., L3T 1B4, Canada
Attorney: as above as Mers Kutt is acting as a pro se plaintiff.

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:   **11/25/19**

CLERK OF COURT

*David A. O'Toole*
_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)
==========================================================================================================

Civil Action No.

# PROOF OF SERVICE

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

- o  I personally served the summons on the individual at *(place)* _____
  _____on *(date)*_____; or

- o  I left the summons at the individual's residence  usual place of abode with  *(name)*, _____
  _____, a person of suitable age and discretion who resides there,

- o  on *(date)*_____ , and mailed a copy to the individual's last known address; or'

- o  I served the summons on *(name of individual)*_____ who is
  designated by law to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____;:or

- o  I returned the summons unexecuted because _____or'

- o  Other *(specify)*:

My fees are $_____ for travel and $_____for services, for a total of $._____.

I declare under penalty of perjury that this information is true.

Date:_____    _____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: