# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MERS KUTT, | § |
| Plaintiff, | § CIVIL ACTION NO. 2:19-CV-00316-RWS |
| v. | § |
| APPLE INC, ET AL., | § |
| Defendants. | § |

## ORDER

Before the Court are motions to dismiss filed by Defendants Verizon Communication, Inc., Jones Day, Travelers Companies, Inc., Blackberry Ltd., Arm Holding PLC, AT&T Corp., Apple Inc. and Intel Corporation. Docket Nos. 9, 11, 13–17, 19. Plaintiff has filed an amended complaint. Docket No. 20. Therefore, those motions are **DENIED-AS-MOOT**.

**SIGNED this 2nd day of December, 2019.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE